◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MATTHEW SOLOMON, Appellant. [40 NYS3d 903]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Gregory Carro, J.), rendered on or about December 18, 2014, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Friedman, J.P., Saxe, Richter, Gische and Kapnick, JJ.